IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANGELA L. ALLEN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

Case No. 6:11-cv-6264-AA

ORDER

AIKEN, Chief Judge:

    Plaintiff moves for an award of costs and also for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. Defendant objects to any award, arguing that the position of the Commissioner was substantially justified.

    Upon review of the record and the prevailing caselaw in the District of Oregon, I find that the Commissioner's position was not substantially justified with respect to the issue remanded by the court.

1   - ORDER

Accordingly, plaintiff's Motion for Award of EAJA Fees (doc. 22) is GRANTED, and plaintiff is awarded attorney fees in the amount of $6,876.00.

IT IS SO ORDERED

DATED this 1st day of July, 2013.

_____
Ann Aiken
United States District Judge

2    - ORDER